IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MOJO IDEAS, INC.,

        Plaintiff,

v.

J.W. CONSTRUCTION CO.,

        Defendant.

Case No. 1:11-cv-3134-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I agree with Magistrate Judge Clarke that plaintiff has not shown that this court has personal jurisdiction over defendant. Accordingly, I ADOPT the Report and Recommendation of Magistrate

1 - ORDER

Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#17) is adopted. Defendant's motion to dismiss for lack of personal jurisdiction (#6) is granted.

IT IS SO ORDERED.

DATED this ___15___ day of June, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE